THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENZO ESPOSITO, Appellant.

(Argued October 14, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Supreme Court, rendered December 13, 1918, at a Trial Term for the county of Schenectady, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James A. Leary* and *Walter A. Fullerton* for appellant.
*John R. Parker, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

GERTRUDE JOHNSON, as Administratrix of the Estate of EDWARD L. JOHNSON, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Johnson* v. *State of N. Y.,* 186 App. Div. 389, affirmed.

(Argued October 14, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1919, affirming a judgment of the Court of Claims awarding the plaintiff damages for the death of her husband, who while driving an automobile on a state highway on a foggy night failed to observe a curve in the road and went over the embankment and was killed. It was claimed that the state was negligent in failing to maintain a barrier at the point in question. A construction of the Highway Law as to the state's liability under the so-called " patrol system " was involved.

*Charles D. Newton, Attorney-General (J. L. Cheney* of counsel), for appellant.
*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.